UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRASAD GUNDUMOLGULA, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-0667 MCE CKD PS<br><br><br>ORDER |

Plaintiff has renewed her request for entry of default judgment against defendant Gundumolgula.  This defendant has filed a motion for an order determining plaintiff to be a vexatious litigant and that plaintiff be required to post security.  Under these circumstances, entry of default judgment is not warranted.

Plaintiff is advised that under 28 U.S.C. § 1927, a plaintiff proceeding in propria persona may be required to satisfy personally the excess costs, expenses and attorneys' fees reasonably incurred where the court determines the plaintiff has multiplied the proceedings in a case unreasonably and vexatiously.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for entry of default judgment (ECF No. 16) is denied.

Dated: June 26, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 banga667.def