UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,

  v.

PRASAD GUNDUMOLGULA, et al.,

    Defendants.

No. 2:13-cv-0667 MCE CKD PS

ORDER

The motion to dismiss brought by defendant Emirates Airlines came on regularly for hearing July 10, 2013. Plaintiff Kamlesh Banga appeared in propria persona. Scott Lantry appeared for defendant Emirates Airlines. No appearance was made for the remaining defendants. Upon review of the documents in support and opposition, upon hearing the arguments of plaintiff and counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

    1. Plaintiff contended at the hearing on this matter that she was not afforded an opportunity to respond to issues addressed in defendant's reply (ECF No. 19) and the declaration submitted on July 9, 2013 (ECF No. 24). Plaintiff may file a sur-reply to the motion to dismiss no later than July 17, 2013.

/////

/////

1

2. Defendant's motion to dismiss shall thereafter stand submitted.

Dated: July 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 banga667.sur