UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,

  v.

PRASAD GUNDUMOLGULA, et al.,

    Defendants.

No. 2:13-cv-0667 MCE CKD PS

ORDER

Defendants have filed a motion to have plaintiff declared a vexatious litigant. Upon review of the docket in this matter, the court has determined that the action should be stayed as against defendants Gundumolgula, Anolik, and Sheen Travel pending resolution of the vexatious litigant motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date on defendants' motion (ECF No. 13) is vacated.

2. Plaintiff shall file opposition to the vexatious litigant motion no later than July 24, 2013.[1]

3. Reply, if any, shall be filed no later than July 31, 2013. Defendants' motion to dismiss shall thereafter stand submitted.

---

[1] Plaintiff is reminded that the sur-reply, if any, to defendant Emirates Airlines' motion to dismiss must be filed no later than July 17, 2013.

1

1    4. This action is stayed as against defendants Gundumolgula, Anolik, and Sheen Travel
2    pending resolution of the vexatious litigant motion.
3    Dated: July 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 banga667.sub

2