UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, | No. 2:13-cv-0667 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| PRASAD GUNDUMOLGULA, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file objections to the findings and recommendations filed July 19, 2013. Defendant Emirates opposes an extension. Plaintiff has repeatedly asked for extensions of time in this action, has done so in an untimely manner, and has repeatedly made a bare assertion that she cannot timely file pleadings due to the serious illness of a family member. However, because plaintiff is proceeding pro se, the court will grant one final extension.

Accordingly, IT IS HEREBY ORDERED that objections, if any, to the findings and recommendations filed July 19, 2013 (ECF No. 30) shall be filed no later than August 19, 2013.

Dated: August 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 banga667.f&r.eot

1