UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, | No. 2:13-cv-0667 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| GUNDUMOLGULA, et al., | |
| Defendants. | |

Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On August 23, 2013, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed August 23, 2013 (ECF No. 40) are ADOPTED in full;

3  2. The court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c);

4  3. This action is remanded to the Superior Court of California, County of Solano, Vallejo Branch; and

5  4. The Clerk of the Court is directed to close this case.

Dated:  September 24, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT